IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LASHUNDA CHEREE PITTMAN,

        Plaintiff,

vs.                             CASE NO.: 4:05cv380-SPM/AK

FLORIDA COMMERCE
CREDIT UNION,

        Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Report of Mediation (doc. 14) advising that this case has settled and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 28th day of February, 2006.

                    *s/ Stephan P. Mickle*

                    Stephan P. Mickle
                    United States District Judge